No. 88–6613. BOYDE v. CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, 490 U. S. 1097.] Motion for appointment of counsel granted, and it is ordered that Dennis A. Fischer, Esq., of Santa Monica, Cal., be appointed to serve as counsel for petitioner in this case.

No. 88–7164. HORTON v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. [Certiorari granted, *ante*, p. 889.] Motion for appointment of counsel granted, and it is ordered that Juliana Drous, Esq., of San Francisco, Cal., be appointed to serve as counsel for petitioner in this case.

No. 88–7194. TAYLOR v. UNITED STATES. C. A. 8th Cir. [Certiorari granted, *ante*, p. 889.] Motion for appointment of counsel granted, and it is ordered that Bruce Livingston, Esq., of St. Louis, Mo., be appointed to serve as counsel for petitioner in this case.

No. 89–189. RICKETTS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. JEFFERS. C. A. 9th Cir. [Certiorari granted, *ante*, p. 889.] Motion for appointment of counsel granted, and it is ordered that James S. Liebman, Esq., of New York, N. Y., be appointed to serve as counsel for respondent in this case.

No. 89–641. GARNETT, BY AND THROUGH HIS NEXT FRIEND, SMITH, ET AL. v. RENTON SCHOOL DISTRICT NO. 403 ET AL. C. A. 9th Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 89–5614. HOPKINS v. ARIZONA DEPARTMENT OF REAL ESTATE ET AL. Ct. App. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 27, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.